UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff;<br><br>　　　- vs -<br>CHRISTINE SHINN<br>YONG P. SHINN<br>　　　　　Defendant. | Docket No.　CR 09-00597 JF |

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 24th day of June 2010, be continued until the 22nd day of July 2010, at 9:00 a.m.

6-21-10
DATE

JEREMY FOGEL
United States District Judge