Miles F. Ehrlich (CSB237954)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510)548-3600
Fax: (510) 291-3060
Email: miles@ramsey-ehrlich.com

*Attorney forDefendant Christine Shinn*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>PLAINTIFF,<br><br>VS.<br><br>CHRISTINE SHINN,<br><br>DEFENDANT. | Case No.: CR-09-00597-JF<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |

The United States, through its counsel Jeffrey Nedrow, and defendant Christine Shinn, through her counsel, Miles Ehrlich, hereby agree and stipulate to a continuance of the sentencing hearing in this case now scheduled for July 22, 2010 to a new date of September 2, 2010 at 9:00 a.m.

The parties agree that the following reasons exist for this continuance:

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING, *U.S. V. CHRISTINE SHINN*, CR-09-00597-JF

- 1 -

The defense and the government have been attempting to resolve a complex legal issue concerning the proper calculation of loss in this case, in order to avoid the need for a evidentiary hearing before sentencing in the case. The Probation Office has now reviewed the extensive submissions provided by the parties and has provided the draft Presentence Report. The parties now require the full 35 days to prepare their responses and objections to the draft PSR, and then tosubmit their respective sentencing memoranda.

Accordingly, the parties agree and respectfully request that the currently scheduled sentencing hearing be vacated and that sentencing be scheduled for 9:00 a.m. on September 2, 2010. The Probation Officer has been informed of, and concurs, in this requested continuance.

Respectfully submitted,

Dated:  July 16, 2010

_____/s/_____
MILES EHRLICH
Counsel for Christine Shinn

Dated:  July 16, 2010

_____/s/_____
JEFFREY D. NEDROW
Assistant United States Attorney

\\

\\

\\

## ~~[PROPOSED]~~ ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED THAT:

The currently scheduled July 22, 2010 sentencing hearing is hereby vacated and a new sentencing hearing is hereby scheduled for 9:00 a.m. on September 2, 2010.

DATED: 7-21-10



HONORABLE JEREMY FOGEL

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING, *U.S. v. CHRISTINE SHINN*, CR-09-00597-JF